# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No.:  1:18-cv-00231-CMA-MJW

EXECUTIVE CONSULTING GROUP, LLC, *d/b/a* ECG Management Consultants,

    Plaintiff,

v.

DEIRDRE BAGGOT,

    Defendant.

## PERMANENT INJUNCTION ORDER

    This matter comes before the Court upon the parties' Joint Motion for Entry of Permanent Injunction ("Motion"), in which the parties request that the Court dissolve the preliminary injunction previously entered against Defendant Deirdre Baggot ("Defendant") in this case and enter a permanent injunction against Defendant on specified terms.  (Doc. # 114.)  Upon consideration of the Motion and other filings and evidence previously presented to the Court, it is hereby ORDERED as follows:

    1.    The Motion (Doc. # 114) is GRANTED.

    2.    The preliminary injunction previously entered in this case is DISSOLVED.  *See* (Doc. # 93.)

    3.    Defendant shall immediately return to ECG all confidential, proprietary, and/or trade secret information and property obtained from ECG, including all computer files, documents, notes, records, reports, and other papers (and all copies thereof)

relating to ECG's business and all associated property that Defendant may possess or have under her control.

4. Defendant is prohibited from using, communicating, disclosing, or in any way sharing with any person or business ECG's confidential, proprietary, or trade secret information, including the following: inventions; technical information; training materials or courses; systems, techniques, methods, models, procedures, or processes; know-how or methodologies; manuals, contracts, reports; purchasing or accounting information; financial history or projections; legal affairs; formulae; compositions; software or computer programs; research projects; business modes or information; the identity of all clients, client lists, and client contact information; monthly backlog reports and monthly pipeline reports; internal memoranda and documents; client reports, proposals, statements of qualifications; pricing data; financial data; sources of supply; marketing plans and/or strategies, including price strategies, marketing, sales, technology, research and development, production, or merchandising systems or plans; any information that may be protected under HIPAA privacy rules or similar federal, state or local laws; and information pertaining to any aspect of any activity or business of ECG or its clients, including information entrusted to ECG by third parties (including clients and prospective clients), or any trade secrets, or proprietary or confidential matter belonging to ECG or such third parties.

5. This Order shall remain in effect until further order of the Court.

6. Notwithstanding the anticipated stipulated dismissal of this case, the Court retains jurisdiction to enforce this Order and the parties' settlement agreement.

DATED: August 7, 2018

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge